

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00282-CR

| | | |
|---|---|---|
| Blake Aaron Byers | § | From County Criminal Court No. 5 |
| | § | of Tarrant County (1467332) |
| v. | § | July 26, 2018 |
| | § | Opinion by Justice Birdwell |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Wade Birdwell_____
    Justice Wade Birdwell